IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN T. JOHNSON,

    Plaintiff,

vs.

DR. DANG, et al.,

    Defendants.

CV F 03 5228 OWW WMW   P

ORDER RE MOTION (DOC 31 )

    Plaintiff is a state prisoner proceeding pro se. Pending before the court is Plaintiff's motion for the court to direct service of process of the first amended complaint. Contemporaneous with this order, the court grants plaintiff leave to file a second amended complaint. Should plaintiff fail to do so, the court will direct service of process on certain defendants. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion is denied as moot.

IT IS SO ORDERED.

**Dated:**   **March 20, 2006**        /s/ **William M. Wunderlich**
mmkd34                                   UNITED STATES MAGISTRATE JUDGE

1