IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN T. JOHNSON,

    Plaintiff,

vs.

DR. DANG, et al.,

    Defendants.

CV F 03 5228 OWW WMW P

ORDER RE MOTION (DOC 32 )

Plaintiff is a state prisoner proceeding pro se. Pending before the court is Plaintiff's motion titled as a "Motion for Consideration." Plaintiff requests the court to consider the complaint in this case.

On March 23, 2006, an order was entered, dismissing the operative pleading in this case, and granting plaintiff leave to amend. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for consideration is denied as moot.

IT IS SO ORDERED.

**Dated:**   **April 7, 2006**             /s/ **William M. Wunderlich**
mmkd34                                      UNITED STATES MAGISTRATE JUDGE

1