IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN T. JOHNSON,

    Plaintiff,                               CV F 03 5228 OWW WMW P

    vs.                                            ORDER

DR. DANG, et al.,

    Defendants.

On May 4, 2006, findings and recommendations were entered, recommending dismissal of this action for plaintiff's failure to prosecute. The dismissal was based on plaintiff's failure to file an amended complaint in compliance with an earlier order. On may 25, 2006, plaintiff filed objections to the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. The May 4, 2006, recommendation of dismissal is vacated; and

2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

1

**Dated: June 6, 2006**     /s/ William M. Wunderlich
mmkd34                      UNITED STATES MAGISTRATE JUDGE