UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HERMAN T. JOHNSON, | ) | 1:03-CV-5228 OWW WMW P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) ) | (DOCUMENT #37) |
| DR. DANG, et al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 25, 2006, plaintiff filed a motion to extend time to secure legal assistance. The court has construed this request as a extension of time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:  June 12, 2006**                    /s/  **William M. Wunderlich**
j14hj0                                                  UNITED STATES MAGISTRATE JUDGE