UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HERMAN T. JOHNSON, | ) | 1:03-CV-5228 OWW WMW P |
| Plaintiff, | ) ) | ORDER GRANTING SECOND EXTENSION OF TIME |
| v. | ) ) | (DOCUMENT #42) |
| DANG, et al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 5, 2006, plaintiff filed his second motion to extend time to file an amended complaint, entitled "Emergency Notice of Motion for 60 days Extension.". Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted an additional thirty days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

**Dated:  July 24, 2006**            /s/  William M. Wunderlich
j14hj0                        UNITED STATES MAGISTRATE JUDGE