IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


HERMAN T. JOHNSON,

       Plaintiff,                 CV F 03 5228 OWW WMW  P

  vs.                        _____ORDER RE MOTION (DOC 47 )

DR. DANG, et al.,

       Defendants.


       Plaintiff has requested an extension of time in which to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint in compliance with the order of June 6, 2006.




IT IS SO ORDERED.

**Dated:**   **December 1, 2006**           **/s/  William M. Wunderlich**
j14hj0                    UNITED STATES MAGISTRATE JUDGEIT IS SO ORDERED.

**Dated:**   **December 1, 2006**           **/s/  William M. Wunderlich**
j14hj0                    UNITED STATES MAGISTRATE JUDGE

1