UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN T. JOHNSON, | 1:03-CV-5228 OWW WMW P |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME |
| v. | (DOCUMENT #49) |
| DANG, et al., | |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 4, 2007, plaintiff filed a request for a 90 day extension of time, which the court construes as a motion to extend time to file an amended complaint . Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted an extension to **March 5, 2007,** in which to file his amended complaint.

IT IS SO ORDERED.

**Dated: February 2, 2007**         /s/ William M. Wunderlich
j14hj0                                            UNITED STATES MAGISTRATE JUDGE