IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN JOHNSON,

    Plaintiff,                        CV F 03 5228 OWW WMW

  vs.                                ORDER RE MOTION (DOC 51 )
                                    SECOND AMENDED COMPLAINT
                                    DUE IN THIRTY DAYS

DR. DANG, et al.,

    Defendants.

       Plaintiff has filed a motion for extension of time in which to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file a second amended complaint.

IT IS SO ORDERED.

**Dated: May 25, 2007**                      /s/ William M. Wunderlich
                                                                     UNITED STATES MAGISTRATE JUDGE