IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN T. JOHNSON,
    Plaintiff,        CV F 03 5228 OWW WMW P

  vs.                    ORDER RE MOTION (54)

DR. DANG, et al.,
    Defendants.

      On March 23, 2006, an order was entered, dismissing the operative pleading in this case and directing Plaintiff to file an amended complaint. Plaintiff has been granted

numerous extensions of time in which to file an amended complaint. Plaintiff's most recent motion seeks "continuance and adjournment at a later date." Plaintiff indicates that he has been declared legally blind, and seeks to continue this action "to a later date."

Plaintiff, as the initiator of this action, is responsible for prosecuting it. In the March 23, 2006, order, Plaintiff was informed of the deficiencies in the complaint. Plaintiff has been granted extensions of time in which to correct the identified deficiencies. The court is willing to accommodate Plaintiff by corresponding with Plaintiff using a larger font. Plaintiff has not, however, shown good cause why this action should be stayed, or why Plaintiff should be granted an open ended continuance.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a continuance is denied.
2. Plaintiff is granted an extension of time of thirty

days from the date of service of this order in which to file an amended complaint. Failure to do so will result in a recommendation that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.
Dated:     October 22, 2007     William M. Wunderlich
                          UNITED STATES MAGISTRATE JUDGE