IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN T. JOHNSON, | |
| Plaintiff, | CV F 03 5228 OWW WMW P |
| vs. | FINDING S AND RECOMMENDATION |
| DR. DANG., et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

On October 22, 2007, an order was entered, denying Plainti9ff's request for an open ended continuance of this case. On March 23, 2006, an order was entered, dismissing the operative pleading and granting Plaintiff leave to file an amended complaint that corrects the deficiencies noted. Despite numerous extensions of time, Plaintiff failed to file an amended

complaint. In the October 22, 2007, order, the Court specifically noted that Plaintiff had not shown good cause by he should be granted an open ended continuance. Plaintiff was granted one further opportunity to file an amended complaint. On November 21, 2007, Plaintiff filed a document titled as a notice of motion for an extension of time of 90 to 180 days. Plaintiff contends that he is on lockdown.

No original legal research is required to correct the deficiencies identified in the original complaint. Plaintiff's complaint failed for want of factual specificity. Plaintiff has not shown good cause for further extensions of time.

Failure to follow a district court's local rules is a proper grounds for dismissal. U.S. v. Warren, 601 F.2d 471, 474 (9th Cir. 1979). Thus, a court may dismiss an action for plaintiff's failure to oppose a motion to dismiss, where the applicable local rule determines that failure to oppose a motion will be deemed a waiver of opposition. See Ghazali v.Moran, 46 F.3d 52 (9th Cir. 1995), cert. denied 116 S.Ct. 119 (1995) (dismissal upheld even where plaintiff contends he did not receive motion to dismiss, where plaintiff had adequate notice, pursuant to F.R.C.P. 5(b), and time to file opposition); cf. Marshall v. Gates, No. 93-5022, slip op. 99, 105-06 (9th Cir. Jan. 4, 1995); Henry v. Gill Industries, Inc., 983 F.2d 943, 949-50 (9th Cir. 1993) (motion for summary judgment cannot be granted simply as a sanction for a local rules violation, without an appropriate exercise of discretion).

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for Plaintiff's failure to prosecute.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within thirty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the

objections shall be served and filed within ten days after service of the objections. The parties are advised that failure to file objections within the specified time waives all objections to the judge's findings of fact. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated: January 11, 2008**     /s/ William M. Wunderlich
UNITED STATES MAGISTRATE JUDGE