IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN T. JOHNSON,

    Plaintiff,              CV F 03 5228 OWW WMW P

    vs.                      ORDER RE MOTIONS (DOCS 53, 54)

DR. DANG, et al.,

    Defendants.

Plaintiff has filed a motions titled as a motion for an emergency continuance and a "motion against court clerks who violated Local Rule 5-134(b)." The court has denied Plaintiff's motion for a continuance. Currently pending is a recommendation of dismissal for failure to prosecute.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions are denied as moot.

IT IS SO ORDERED.

**Dated:   January 18, 2008**              /s/ William M. Wunderlich
                                                   UNITED STATES MAGISTRATE JUDGE