IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN T. JOHNSON,

    Plaintiff,

vs.

DR. DANG, et al.,

    Defendants.

CV F 03 5228 OWW WMW PC

ORDER

On January 11, 2008, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to prosecute. Plaintiff was granted thirty days in which to file objections. On February 13, 2008, Plaintiff's address was updated to reflect his transfer to Salinas Valley State Prison.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall re-serve the January 11, 2008, finding and recommendation on Plaintiff.

2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

**Dated:   February 14, 2008**       /s/ **William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE

1