IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN T. JOHNSON,

        Plaintiff,             CV F 03 5228 OWW WMW PC

   vs.                            ORDER

DR. DANG, et al.,

        Defendants.

      On March 23, 2006, an order was entered, dismissing the first amended complaint with leave to file a second amended complaint. Plaintiff has since been granted numerous extensions of time to file a second amended complaint. The Court has twice recommended dismissal for Plaintiff's failure to file a second amended complaint, most recently on January 11, 2008. On February 14, 2008, Plaintiff was granted an extension of time to file objections. On March 17, 2008, Plaintiff filed a motion for the appointment of counsel.

      On March 17, 2008, Plaintiff filed a motion for the appointment of counsel. In that motion, Plaintiff recounts the difficulties he is having in litigating his case. Plaintiff notes that he is having difficulty gaining access to his legal property. The Court will provide Plaintiff with a copy of the April 21, 2004, first amended complaint and a copy of the March 23, 2006, order.

      Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office is directed to send to Plaintiff a copy of the April 21, 2004, first amended complaint and a copy of the March 23, 2006, order.

2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file a second amended complaint. Should Plaintiff fail to do so, the January 11, 2008, recommendation of dismissal will be submitted to the District Court.


IT IS SO ORDERED.

**Dated:   April 2, 2008**                     /s/  **William M. Wunderlich**
                                          UNITED STATES MAGISTRATE JUDGE