IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN T. JOHNSON,

    Plaintiff,      1: 03 CV 5228 OWW WMW PC

    vs.      ORDER

DR. DANG, et al.,

    Defendants.

    On March 23, 2006, an order was entered, dismissing the first amended complaint with leave to file a second amended complaint. Despite numerous extensions of time and two recommendations of dismissal, Plaintiff has failed to file a second amended complaint. On May 6, 2008, findings and recommendations were entered, recommending dismissal of this action for failure to prosecute. On May 5, 2008, Plaintiff filed an interlocutory appeal. On July 17, 2008, that appeal was dismissed.

    The court will provide Plaintiff one further opportunity to file a second amended complaint. Should Plaintiff fail to do so, the May 6, 2008, recommendation of dismissal will be submitted to the District Court.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk's Office is directed to send to Plaintiff a copy of the April 21, 2004, first amended complaint and a copy of the March 23, 2006, order.

1

2. Plaintiff is granted an extension of time in with to file a second amended complaint. Should Plaintiff fail to do so, the January 11, 2008, recommendation of dismissal will be submitted to the District Court.

IT IS SO ORDERED.

**Dated:   July 28, 2008**               /s/  **William M. Wunderlich**
                                    UNITED STATES MAGISTRATE JUDGE