IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN T. JOHNSON, | |
| Plaintiff, | 1: 03 CV 5228 OWW WMW PC |
| vs. | ORDER RE: FINDINGS & RECOMMENDATIONS (#67) |
| DERRAL ADAMS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 23, 2006, an order was entered, dismissing the first amended complaint with leave to file a second amended complaint. Despite numerous extensions of time and two recommendations of dismissal, Plaintiff has failed to file a second amended complaint. On May 6, 2008, findings and recommendations were entered, recommending dismissal of this action for failure to prosecute. On May 5, 2008, Plaintiff filed an interlocutory appeal. On July 17, 2008, that appeal was dismissed.

On July 29, 2008, an order was entered, granting Plaintiff a final opportunity to file a second amended complaint. Plaintiff was specifically cautioned that if he failed to do so, the

1

May 6, 2008, recommendation of dismissal would be submitted to the District Court. Plaintiff has not filed an amended complaint, or any other response to the order of July 29, 2008.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on May 6, 2008, are adopted in full; and

2. This action is dismissed without prejudice for failure to prosecute. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:   September 5, 2008**                             /s/ Oliver W. Wanger
                                                                            UNITED STATES DISTRICT JUDGE